**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>GRUPO HIMA SAN PABLO, INC.<br><br>        Debtor. | **Civil No. 23-01432 (GMM)**<br><br>**(CONSOLIDATED)** |
| In re:<br><br>CENTRO MEDICO DEL TURABO, INC.<br><br>        Debtor. | Civil No. 23-01433 (SCC) |
| In re:<br><br>HIMA SAN PABLO PROPERTIES, INC.<br><br>        Debtor. | Civil No. 23-01434 (ADC) |
| In re:<br><br>PORTAL DE CAGUAS, INC.<br><br>        Debtor. | Civil No. 23-01435 (PAD) |
| In re:<br><br>GENERAL CONTRACTING SERVICES, INC.<br><br>        Debtor. | Civil No. 23-01436 (FAB) |
| In re:<br><br>IA DEVELOPERS CORP.<br><br>        Debtor. | Civil No. 23-01437 (GMM) |
| In re:<br><br>CMT DEVELOPMENT, LLC<br><br>        Debtor. | Civil No. 23-01438 (CVR) |
| In re:<br><br>JOCAR ENTERPRISES, INC.<br><br>        Debtor. | Civil No. 23-01439 (FAB) |

| | |
|---|---|
| In re:<br><br>JERUSALEN HOME AMBULANCE, INC.<br><br>　　　　　Debtor. | Civil No. 23-01440 (SCC) |
| In re:<br><br>HOST SECURITY SERVICES, INC.<br><br>　　　　　Debtor. | Civil No. 23-01441 (SCC) |

**JUDGMENT**

On October 13, 2023, Appellant Alter Domus (US) LLC filed a *Motion in Compliance with Order and Notice of Voluntary Dismissal of Appeals* (Docket No. 11). In accordance with the Order entered today (Docket No. 12), Judgment is entered DISMISSING this appeal WITHOUT PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, October 16, 2023.

s/Gina R. Méndez-Miró
GINA R. MÉNDEZ-MIRÓ
UNITED STATES DISTRICT JUDGE

2